Hello,                                    10-15-15

I Joshua Paul Calhoun am writing you in regards to CASE # ~~#~~ "12-15-00081-CR" I'm currently in TDCJ at the Goodman Unit in Jasper Tx. I have not Becived anything in Regards to My CASE sence Aug. I feel that if the Court Rules or grants anything in Regards to My CASE I have the Right to Know weather A Brief or ext. time, to File I would like to Know whats taking place. Isnt it true that the court is supose to send ME anything that protains to My CASE to Keep ME informed? I would like to be Keept in the loop please.

                              Thank you
                    God Bless
                    Joshua Calhoun 1985495
                    Goodman Unit
                    349 PR 8430
                    Jasper Tx 75951

REC'D IN COURT OF APPEALS
12th Court of Appeals District

OCT 19 2015

TYLER TEXAS
PAM ESTES, CLERK